**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 27990 |
| Amber Nickson, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

To:   Trustee Marilyn O Marshall, 224 South Michigan Ave. Suite 800, Chicago, IL 60604;

CTA, 210 W. 79th St, Chicago, IL 60620;

See Attached Service List.

Please take notice that on May 21, 2020, at 1:30 p.m., I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 11, 2020.


      /s/ *Alexander Nohr*
       Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-27990<br>Northern District of Illinois<br>Eastern Division<br>Mon May 11 16:31:25 CDT 2020 | U.S. BANK NATIONAL ASSOCIATION<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | U.S. BANK NATIONAL ASSOCIATION<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ATG CREDIT<br>1700 W CORTLAND ST STE 2<br>CHICAGO, IL 60622-1131 | BROADWAY LOAN CO<br>3755 N HALSTED ST<br>CHICAGO, IL 60613-3906 |
| Broadway Financial<br>3755 N Halsted St<br>Chicago, IL 60613-3906 | CHICAGO AVE GARAGE FCU<br>4909 W Division St Suite 403<br>Chicago, IL 60651-3161 | FNB OMAHA<br>1620 DODGE ST<br>OMAHA, NE 68197-0003 |
| (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | Speedy Cash<br>1218 N Lake St Ste 120<br>Aurora, IL 60506-2476 | SpeedyRapid Cash<br>po box 780408<br>wichita, KS 67278-0408 |
| TBOM/TFC<br>PO BOX 13306<br>VIRGINIA BEACH, VA 23464 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US BANK HOME MORTGAGE<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5370 |
| WF/BOBS FN<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Alexander Preber<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Amber Nickson<br>10732 S Rhodes Ave<br>Chicago, IL 60628-3714 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodion Leshinsky<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 | U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 27990 |
| Amber Nickson, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO VACATE PAYROLL ORDER**

NOW COMES the Debtor, Amber Nickson, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to vacate the Order for Payroll Control entered on October 5, 2018. Debtor states the following:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

2. On October 4, 2018, the Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. On October 5, 2018, this Honorable Court entered and Order directing Debtor, Amber Nickson's employer CTA to deduct $450.00 each month from Debtor's paychecks for Chapter 13 Trustee Plan payments.

4. That Debtor's hours have been severely reduced due to the Covid-19 crisis.

5. Thus Debtor wishes to amend the order for payroll control to reflect that CTA, employer to Amber Nickson, deduct from the earnings of the debtor the sum of $225.00 each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to Marilyn O. Marshall, Trustee at least once a month.

6. That the foregoing constitutes sufficient grounds for this Court to enter an Order vacating the Order for Payroll Control entered on October 5, 2018.

WHEREFORE, Amber Nickson, Debtor, respectfully requests this Honorable Court enter an Order amending the Order for Payroll Control at docket entry number 10, and for such other and further relief as this Court deems fair and just.

Respectfully submitted,

__/s/ *Alexander Nohr*__
Attorney for the Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625