UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-27990 |
| Amber Nickson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AMENDING ORDER FOR PAYROLL CONTROL

This cause coming to be heard on the Motion of the Debtors to vacate docket entry number 10, entered on October 5, 2018, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given,

IT IS HEREBY ORDERED:

1. That the Order for Payroll Control, docket entry number 10, entered on October 5, 2018 is hereby amended to reflect that CTA, employer of Amber Nickson, deduct from the earnings of the debtor the sum of $225.00 each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to Marilyn O. Marshall, Trustee at least once a month at the following address: Marilyn O. Marshall Chapter 13 Trustee, P.O. Box 2031, Memphis, TN 38101-2031.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  May 21, 2020

**Prepared by:**